**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHN S. LINDSEY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 10-4502** |
| **N. BURL CAIN, WARDEN,** *LSP* | **SECTION: "B"(3)** |

## ORDER AND REASONS

Before the Court is Petitioner John S. Lindsey's ("Lindsey") timely filed objections (Rec. Doc. No. 30) to the July 7, 2011 Report and Recommendation of United States Magistrate Judge Daniel E. Knowles, III (Rec. Doc. No. 28), which recommended that Lindsey's writ of *habeas corpus* under 28 U.S.C. §2254 be dismissed with prejudice.

After reviewing the foregoing objection and recommendation, along with consideration of the entire record and applicable law, **IT IS ORDERED** that Petitioner's objections to Magistrate Judge Knowles' Report and Recommendation are **OVERRULED**.

**IT IS FURTHER ORDERED** the Magistrate Judge's Report and Recommendation are hereby **ADOPTED** as the opinion of the Court. That Report's factual findings were accurate, and supported by the state and federal courts' proceedings and record. The related Recommendation is also legally sound and correctly applies the relevant statutory laws and jurisprudential precedents.

Accordingly, **IT IS FURTHER ORDERED** that John S. Lindsey's petition for federal *habeas corpus* relief is thereby **DISMISSED.**

New Orleans, Louisiana, this 31st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE